```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  SHARON BENTFORD,                             :
                                                  :
                          Plaintiff,       :
                -v-                               :                1:19-cv-08665-GHW
                                                  :
  JOHNSON & JOHNSON, JOHNSON &     :                ORDER
  JOHNSON CONSUMER INC. *f/k/a* Johnson &  :
  Johnson Consumer Companies, Inc.,       :
                                                 :
                        Defendants.     :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       In the Court's order dated December 16, 2019, Dkt. No. 4, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than February 4, 2020.  The Court has not received the joint status letter or proposed case management plan.  The parties are directed to comply with the Court's December 16, 2019 order forthwith.

       Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

       SO ORDERED.

Dated:  February 7, 2020
New York, New York
                                                                       GREGORY H. WOODS
                                                              United States District Judge